UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GERRY L. RANSON,
D.O.C. # B114511,

    Plaintiff,

v.                                                                 4:21cv433–WS/MAF

BENJAMIN SMALL,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed November 2, 2021. The magistrate judge recommends that this case be dismissed as frivolous, for failure to state a claim upon which relief may be granted, and for abuse of the judicial process. The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 4) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED as frivolous, for failure to state a claim, and for abuse of the judicial process.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed."

4. The clerk shall note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(g).

DONE AND ORDERED this   6th   day of   December  , 2021.

        s/ William Stafford  
        WILLIAM STAFFORD  
        SENIOR UNITED STATES DISTRICT JUDGE